# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ROBERT K. HARMON, | Case No. C16-1723RSM |
| Plaintiff, | ORDER GRANTING JOINT MOTION RE: ORDER OF CONSIDERATION OF MOTIONS |
| v. | |
| MERIDIAN VALLEY CHIROPRACTIC CLINIC, P.S., C. MICHAEL HUGHES, D.C., and RITA HUGHES, D.C. | |
| Defendant. | |
| ALLIED PROFESSIONALS INSURANCE COMPANY, A RISK RETENTION GROUP, INC., | |
| Garnishee. | |

Based on the joint motion of the parties (Dkt. #21) the Court hereby ORDERS as follows:

1. Garnishee Defendant Allied Professional Insurance Company ("APIC") has filed a motion to stay proceedings in this Court. Dkt. #22. Briefing and consideration of this Motion shall proceed pursuant to Local Rule 7(d).

2. Further briefing and consideration of Plaintiff's Motion to Enforce Garnishment (Dkt. #19) shall be suspended until the Court rules on APIC's Motion for Stay. The Court will

ORDER GRANTING JOINT MOTION RE: ORDER OF CONSIDERATION OF MOTIONS - 1

remove Plaintiff's Motion to Enforce Garnishment from its Motion Calendar and renote it after ruling on APIC's Motion for Stay, in the event a stay is not imposed. When the Court renotes Plaintiff's Motion to Enforce Garnishment, APIC's opposition to the Motion to Enforce Garnishment and any reply brief shall be due according to the new noting date and LCR 7(d).

DATED this 14th day of April 2017.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT MOTION RE: ORDER OF CONSIDERATION OF MOTIONS - 2