# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ROBERT K. HARMON, | Case No. C16-1723RSM |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| MERIDIAN VALLEY CHIROPRACTIC CLINIC, P.S., C. MICHAEL HUGHES, D.C., and RITA HUGHES, D.C. | |
| Defendant. | |
| ALLIED PROFESSIONALS INSURANCE COMPANY, A RISK RETENTION GROUP, INC., | |
| Garnishee. | |

This matter comes before the Court on Garnishee Defendant Allied Professional Insurance Company ("APIC")'s Motion to Stay Proceedings, Dkt. #22, and the Court's Order to Show Cause, Dkt. #32. In the Court's prior Order, the Court reviewed APIC's Motion and found that the attached July 28, 2017, Order from a parallel action compelled the instant parties to go to arbitration on the underlying issues in this case. Dkt. #32. The Court stated its belief that dismissal of this case without prejudice was warranted, but allowed Plaintiff an opportunity to respond and show cause why dismissal was not the appropriate next step. *Id.* On August 7,

ORDER OF DISMISSAL - 1

2017, Plaintiff responded and "[gave] notice of his non-opposition to dismissal of the action in its entirety." Dkt. #33.

Accordingly, the Court hereby finds and ORDERS:

(1) This matter is DISMISSED without prejudice.

(2) This case is now CLOSED.

DATED this 8 day of August, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 2